IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| ex rel. MYRON JONES, M.D.; | ) | |
| | ) | |
| STATE OF GEORGIA *ex rel.* | ) | |
| MYRON JONES, M.D.; and | ) | |
| | ) | CIVIL ACTION NO. |
| STATE OF TEXAS | ) | |
| ex rel. MYRON JONES, M.D. | ) | 1:17-cv-2472-SDG |
| | ) | |
| Plaintiffs-Relators, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MILTON HALL SURGICAL | ) | |
| ASSOCIATES, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Herein, the United States of America and the State of Georgia (the "Government") presently inform the Court that the Government, Relator Myron Jones, M.D., and Defendants Jeffrey Gallups, M.D. and Milton Hall Surgical Associates, LLC have executed a November 30, 2021 Settlement Agreement (a true and correct copy of which is attached hereto as Exhibit 1), which obligates

Defendants to pay the sum of $3,068,434 to the Government prior to the expiration of 12 months from November 30, 2021.

Upon the Government's receipt of the full settlement amount, the Government and the Relator shall promptly sign and file a Joint Stipulation of Dismissal of the Civil Action pursuant to Rule 41(a)(1), except that such dismissal shall be without prejudice as to Relator and his counsel's existing claims for costs, fees and expenses against Dr. Gallups and MHSA pursuant to 31 U.S.C. § 3730(d) and O.C.G.A. § 49-4-168.2(i).

Respectfully submitted, this 1st day of December, 2021.

KURT ERSKINE
*Acting United States Attorney*
*600 U.S. Courthouse*
*75 Ted Turner Drive SW*
*Atlanta, GA 30303*
*(404) 581-6000  fax (404) 581-6181*

*Paris Wynn*

PARIS A. WYNN
Assistant United States Attorney
Georgia Bar No. 933549
paris.wynn@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by sending a copy by first class mail with sufficient postage to:

Raymond L. Moss
MOSS & GILMORE, LLP
3630 Peachtree Road, Suite 1025
Atlanta, GA  30326
Counsel for Relator Myron Jones, M.D.

Scott Grubman
CHILIVIS, GRUBMAN, DALBEY &
WARNER
1834 Independence Square
Atlanta, Georgia 30338
Counsel for Defendants Jeffrey Gallups,
M.D. and Milton Hall Surgical Associates

December 1, 2021

*Paris Wynn*

PARIS A. WYNN
*Assistant United States Attorney*