**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL., ET AL, | ) ) ) | Civil Action No. |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:17-cv-2472-SDG |
| MILTON HALL SURGICAL ASSOCIATES, LLC ET AL., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW SCOTT R. GRUBMAN of the law firm of Chilivis, Grubman, LLP, hereby gives notice of his entry of appearance as counsel of record for Defendants Milton Hall Surgical Associates, LLC and Jeffrey M. Gallups in the above-captioned proceeding.

Respectfully submitted, this the 16th day of February, 2022.

*s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS, GRUBMAN, LLP
1834 Independence Square
Atlanta, Georgia 30338
(404) 262-6505 (telephone)
(404) 261-2842 (facsimile)
sgrubman@cglawfirm.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

*s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS, GRUBMAN, LLP
1834 Independence Square
Atlanta, Georgia 30338
(404) 262-6505 (telephone)
(404) 261-2842 (facsimile)
sgrubman@cglawfirm.com