IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
MAGISTRATE JUDGE'S CIVIL MINUTES

PRETRIAL PROCEEDINGS & MOTIONS

MAGISTRATE: ALAN J. BAVERMAN
DEPUTY CLERK:   NONE

DATE: 05/25/2022 @ 10:00 am via Zoom
TIME:   3 Hrs. 40 Mins.

**CASE NO.: 1:17-CV-2472-SDG**

**CASE CAPTION:** *United States of America, ex. rel. Myron Jones, M.D. v. Milton Hall Surgical Associates, LLC and Jeffrey M. Gallups, M.D.*

**Plaintiff present:**

**Defendants present:** Jeffrey M. Gallups, M.D.

**Counsel for Plaintiff present:**   Michael J. Moore, Aimee Hall, Raymond L. Moss

**Counsel for Defendant present:** Scott Robert Grubman

**Type of hearing:**
(   )   Discovery conference
(   )   Oral argument on motions
(   )   Pretrial Conference
(   )   Telephone Conference
(   )   Social Security Hearing
(X)   **Other: SETTLEMENT CONFERENCE**

**SUMMARY OF PROCEEDINGS:**

Conducted settlement conference as to qui tam attorney's fees.   Case settled.   Counsel discussed responsibilities in preparing settlement documents.