**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. MYRON JONES, M.D.; and | ) | |
| STATE OF GEORGIA ex rel. MYRON JONES, M.D.; | ) | |
| Plaintiffs-Relators, | ) | CIVIL ACTION NO. |
| | ) | 1:17-cv-2472-SDG |
| v. | ) | |
| MILTON HALL SURGICAL ASSOCIATES, LLC, *et al*. | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND ADMINISTRATIVE CLOSURE**

NOW COMES, Plaintiffs the United States of America and the State of Georgia, and Defendants Jeffrey Gallups, M.D. and Milton Hall Surgical Associates, LLC, (collectively, the "Parties") and jointly move this court for an additional 12-months to dispose of this matter and during which time it shall otherwise remain administratively closed. In support thereof, the Parties show the following:

On December 1, 2021, the United States and State of Georgia (the "Government") filed a Notice of Settlement [ECF 46] informing the Court that the Government had reached agreement with Defendants Jeffrey Gallups, M.D. and Milton Hall Surgical Associates, LLC. Pursuant to the terms of the Settlement Agreement [ECF 46-1], Defendants were to pay the sum of $3,068,434 to the Government within 12 months from November 30, 2021.

On December 2, 2021, the Court issued an Order [ECF 47] directing the Clerk to administratively close this case and which further ordered the Parties to file documents to dispose of the case within 12 months from the date of the Order. The Order noted that "[a]bsent an extension of that deadline or further order of the Court, the case will be **DISMISSED WITH PREJUDICE** at that time."

The Parties jointly request an additional 12-month period of time in which to file documents disposing of this case. Defendants have yet to complete the payment of the Settlement Amount but are making good faith progress towards fulfilling their obligations. However, these payments will not be complete prior to December 2, 2022. For this reason, and to avoid prejudicing any party, an extension of the period of administrative closure is necessary for the fulfillment of the obligations of the Settlement Agreement. A proposed order is attached hereto.

Respectfully submitted, this 1st day of December, 2022.

SCOTT R. GRUBMAN
CHILIVIS, GRUBMAN, LLP

*/s/ Scott R. Grubman* (WEP by Jim Mooney)
Georgia Bar No. 317011
1834 Independence Square
Atlanta, GA 30338
Telephone: (404) 262-6505
Facsimile: (404) 261-2842
sgrubman@cglawfirm.com

*Counsel for Defendants*

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

*/s/ Neeli Ben David* (WEP by Jim Mooney)
NEELI BEN-DAVID
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 049788
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6303
Facsimile: (404) 581-4667
Neeli.Ben-David@usdoj.gov

*Counsel for the United States of America*

CHRISTOPHER M. CARR
GEORGIA ATTORNEY GENERAL

*/s/ Jim Mooney*
JIM MOONEY
SR. ASST. ATTORNEY GENERAL
Georgia Bar No. 940402
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA 30334
Telephone: (404) 458-3805
Email: jmooney@law.ga.gov

*Counsel for the State of Georgia*

**CERTIFICATE OF SERVICE**

The Government served this Joint Motion to Extend Administrative Closure by sending a copy by first class mail with sufficient postage to:

Raymond L. Moss
MOSS & GILMORE, LLP
3630 Peachtree Road, Suite 1025
Atlanta, GA 30326
Counsel for Relator Myron Jones, M.D.

December 1, 2022

*/s/ Jim Mooney*
Jim Mooney
SR. ASST. ATTORNEY GENERAL