IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MYRON JONES, M.D.; and<br><br>STATE OF GEORGIA ex rel. MYRON JONES, M.D.;<br><br>Plaintiffs-Relators,<br><br>v.<br><br>MILTON HALL SURGICAL ASSOCIATES, LLC, *et al.*<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:17-cv-2472-SDG |

### ORDER

The United States of America and the State of Georgia having moved jointly with Defendants Jeffrey Gallups, M.D. and Milton Hall Surgical Associates, LLC to extend the period of administrative closure for an additional twelve-months beginning from December 2, 2022:

**IT IS HEREBY ORDERED** that,

1. This case shall remain administratively closed for an additional period of twelve months, beginning from December 2, 2022;

2. That this closure is not a dismissal and does not preclude the filing of documents;
3. This case may be re-opened, if necessary;
4. That prior to the expiration of 12-months from the date of this Order, the parties shall file documents to dispose of this case; and
5. Absent an extension of this deadline or further of the Court, the case will be considered **DISMISSED WITH PREJUDICE** at the expiration of the period contemplated by this order.

Signed this 7th day of December, 2022.

Steven D. Grimberg
United States District Court Judge