IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MYRON JONES, M.D.; | |
| STATE OF GEORGIA ex rel. MYRON JONES, M.D.; and | |
| STATE OF TEXAS *ex rel.* MYRON JONES, M.D. | |
| Plaintiffs-Relators, | CIVIL ACTION NO: 1:17-CV-2472-SDG |
| v. | |
| MILTON HALL SURGICAL ASSOCIATES, LLC, *et.al.* | |
| Defendants. | |

## UNITED STATES OF AMERICA'S MOTION FOR ENTRY OF FINAL JUDGMENT

The United States of America, through the undersigned United States Attorney and Assistant United States Attorney, respectfully moves, *ex parte*, for entry of final judgment. In support of this motion, the United States of America shows as follows:

Relator, Myron Jones, M.D., served the complaint in the above-captioned action under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729, *et*

1

*seq.* on the United States of America on or about June 30, 2017.[1] After the United States of America and the State of Georgia conducted its investigation of the allegations, a settlement agreement was reached with Defendants Jeffrey Gallups, M.D., and Milton Hall Surgical Associates, LLC.

On December 1, 2021 the Plaintiffs, the United States of America and the State of Georgia (the "Government"), and Defendants Jeffrey Gallups, M.D. and Milton Hall Surgical Associates, LLC, (collectively, the "Parties") filed a Notice of Settlement.[2] Pursuant to the Settlement Agreement the Defendants Jeffrey Gallups, M.D., and Milton Hall Surgical Associates, LLC are obligated to pay the sum of $3,068,434.00 to the Government prior to the expiration of twelve months from November 30, 2021.[3]

Contemporaneously with the Settlement Agreement, the Parties executed a Consent Judgment wherein Defendants Jeffrey Gallups, M.D., and Milton Hall Surgical Associates, LLC will, *inter-alia,* acknowledge their joint and several liability and debt owed to the Government in the amount of Five Million, Three Hundred and Eighty-Eight Thousand, Eight Hundred and Sixty Three Dollars ($5,388,863.00), plus post-judgment interest at the judgment rate, plus costs for Defendants for violations of the False Claims Act (31 U.S.C. §§ 3729 -3733).[4] A copy

---

[1] (Doc. No. 1-4).
[2] (Doc. No. 46).
[3] (*See* Doc. No. 46 at Ex.1)
[4] *Id*. at 4.

of the executed Consent Judgment is attached hereto as Exhibit A and incorporated herein by reference. The Parties contemporaneously executed the Consent Judgment so that in the event of default of the Settlement Agreement terms, the Government may, at its sole election, seek to enforce the Consent Judgment by filing a copy in this Civil Action.[5]

The United States moves this Court for entry of final judgment in the present case pursuant to the terms of the executed Consent Judgement. Defendants Jeffrey Gallups, M.D., and Milton Hall Surgical Associates, LLC ceased making payments to the Government as set forth in Paragraph 1 of the executed Settlement Agreement. The Defendants failure to make payments constitutes a default under the terms and conditions of the Settlement Agreement. The Government has provided notice of default to the Defendants' representatives and no further agreements can be reached to modify the payment schedule. As of the date of filing this motion there remains an outstanding balance of $381,311.24 due and owing to the Government under the terms of the executed Settlement Agreement. As a result of the uncured default, the United States of America, at its sole election pursuant to the terms of the Settlement Agreement seeks to enforce the Consent Judgment by filing a copy in this Civil Action. [6]

---

[5] *Id. at 11.*
[6] (*See* Doc. No. 46 at Ex.1, pg. 11)

## CONCLUSION

WHEREFORE, for the reasons set forth above, the United States of America respectfully requests that this Court for entry of final judgment in the present case pursuant to the terms of the executed Consent Judgement and grant such other and further relief as is just. Entry of the attached Consent Judgment will end the Plaintiff's litigation of this matter against the Defendants, although the Court retains jurisdiction to enforce the terms of the Consent Judgment

Date: <u>November 27, 2023</u>     Respectfully submitted,

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

<u>/s/Vanessa A. Leo</u>
VANESSA A. LEO
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 410598
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 581-6350
(404) 581-6167 (Fax)
Vanessa.Leo@usdoj.gov
Counsel for the United States of America

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been typed using 13-point Book Antiqua font.

/s/ Vanessa A. Leo

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023 I electronically filed the foregoing document using the Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Court's Electronic Case Filing program.

Dated: November 27, 2023                     /s/ Vanessa A. Leo