IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MYRON JONES, M.D.; | : : : |
| STATE OF GEORGIA ex rel. MYRON JONES, M.D.; and | : : : |
| STATE OF TEXAS *ex rel.* MYRON JONES, M.D. | : : : |
| Plaintiffs-Relators, | : : |
| v. | : : |
| MILTON HALL SURGICAL ASSOCIATES, LLC, *et.al.* | : : : |
| Defendants. | : |

CIVIL ACTION NO:
1:17-CV-2472-SDG

## **CONSENT JUDGMENT**

Plaintiffs, the United States of America, the State of Georgia, the Relator Dr. Myron Jones and Defendants, Jeffrey Gallups, M.D., and Milton Hall Surgical Associates, LLC, having entered into an agreement, and having executed and filed into the record a Consent Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in this proceeding in favor of the United States of America, the State of Georgia, the Relator Dr. Myron Jones and against Defendants, Jeffrey Gallups, M.D., and Milton Hall Surgical Associates, LLC, joint and severally in the amount

of Five Million, Three Hundred and Eighty-Eight Thousand, Eight Hundred and Sixty Three Dollars ($5,388,863.00), plus post-judgment interest at the judgment rate, plus costs for Defendants, this 27th day of November, 2023.

_____
**THE HONORABLE STEVEN D. GRIMBERG**
**UNITED STATES DISTRICT JUDGE**