**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **MYRON JONES, M.D.;** | ) ) ) |
| **STATE OF GEORGIA** *ex rel.* **MYRON JONES, M.D.; and** | ) ) ) **CIVIL ACTION FILE** |
| **STATE OF TEXAS** *ex rel.* **MYRON JONES, M.D.,** | ) **NO.  1:17-CV-2472-SDG** ) ) |
| **Plaintiffs-Relators,** | ) ) |
| **v.** | ) ) |
| **MILTON HALL SURGICAL ASSOCIATES, LLC, et.al. ,** | ) ) ) |
| **Defendants.** | ) ) |

**JOINT STATUS REPORT OF THE UNITED STATES OF AMERICA, THE
STATE OF GEORGIA, AND S. GREGORY HAYS, RECEIVER**

The United States of America and the State of Georgia (collectively, the

"**Government**") and S. Gregory Hays, as Receiver of Defendant Milton Hall

Surgical Associates, LLC ("**MHSA**") and Defendant Jeffrey Gallups, M.D.

("**Gallups**" and, together with MHSA, "**Defendants**") (the "**Receiver**") file this

Joint Status Report in compliance with the Court's December 1, 2023, Order (Doc.

No. 68) (the "**Mediation Order**"). The Government and the Receiver are referred

to herein collectively as, the "**Parties.**"

The Mediation Order directed the Parties to engage in mediation to attempt to resolve their dispute concerning the Government's *Motion for Entry of Final Judgment* (Doc. No. 65).

United States Magistrate Judge Christopher C. Bly (the "**Mediator**") was assigned to mediate the resolution of the Parties' dispute, and mediation was scheduled for December 19, 2023.  In advance of mediation, the Parties had considerable, substantive discussions, resulting in the general framework for a resolution. At the Mediator's suggestion, the Parties continued their discussions privately rather than engaging in formal mediation. The Mediator consulted with the Parties individually and collectively throughout these discussions.

As a result of these efforts, the Parties have reached an agreement for the resolution of their dispute. That resolution is set forth in a written settlement agreement executed by the Parties on February 26, 2024, and includes the following terms:[1]

- The Receiver consents to the entry of the Consent Judgment *instanter* in this case and the Government's filing of necessary pleadings, documents, liens or other perfection instruments in any jurisdiction respecting the Consent Judgment;

- The Receiver will move the Fulton County Superior Court in the Receivership Action for the entry of an order (the "Sales Proceeds

---

[1] This summary is for illustrative purposes only and does not limit or alter the terms of the Parties' written settlement agreement. The terms of the written settlement agreement shall control.

Distribution Order") designating that the Government has a super priority first lienholder position for $5,388.863.00 plus interest and costs;

• The Receiver consents to the Government's filing a new lien for the debt owed to the Government pursuant to the Consent Judgment or amending its current lien presently securing the payment of Gallups' criminal liability arising from *United States of America v. Jeffrey M. Gallups*, Case Number 1:21-CR-0370-SCJ (the "**Criminal Case**") to include the Consent Judgment debt;

• The Receiver shall take all commercially reasonable steps to continue marketing the business and assets subject to the Receivership Action *instanter*, including without limitation the real property known as 205 Hendricks Isle, Ft. Lauderdale, Florida 33301 (the "**Florida Property**");

• On or before June 1, 2024, and upon the Receiver's sale of the Florida Property and/or other Receivership assets, the Receiver shall pay the Government (i) first, the outstanding payoff amount of the debt due and owing to the Government under the *Qui Tam* Settlement and (ii) second, upon payment in full of the *Qui Tam* Debt, the outstanding payoff amount of the debt due and owing to the Government in the Criminal Case;

• The Receiver shall report monthly to the Government respecting the Receiver's steps and progress in the marketing and sale of the Receivership assets;

• If the Receiver does not consummate a sale or sales sufficient to pay the outstanding payoff amount of due and owing under the *Qui Tam* Settlement in full by February 29, 2024, the Consent Judgment debt of $5,388.863.00 plus post-judgment interest at the judgment rate, plus costs, less any amounts that have already been paid in connection with the *Qui Tam* Settlement, shall come due. However, the Government will stay enforcement activities related to the Consent Judgment and shall grant the Receiver an extension of time to pay the outstanding payoff amount due and owing under the terms of the *Qui Tam* Settlement until June 1, 2024;

• The Receiver and the Government shall confer in good faith to negotiate mutually acceptable terms for extending the time within which the Receiver may pay any remaining balance of the *Qui Tam* Debt; and

- All other terms of the *Qui Tam* Settlement and Consent Judgment shall remain in effect.

The Government believes that the Parties' settlement is in the best interests of the citizens of the United States and the State of Georgia. The Receiver believes that the Parties settlement is in the best interests of the Receivership Estate.

WHEREFORE, the Parties request that the Court enter the Consent Judgment *instanter* and grant the Parties such additional relief as the Court deems appropriate under the circumstances.

Respectfully submitted, February 29, 2024.

TAYLOR ENGLISH DUMA LLP

*/s/ John K. Rezac*
JOHN K. REZAC
Georgia Bar No. 601935
jrezac@taylorenglish.com
1600 Parkwood Circle, Ste. 200
Atlanta, Georgia 30339
O – (770) 434-6868
F – (770) 434-4335
*Attorneys for S. Gregory Hays, Receiver*

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

*/s/ Vanessa A. Leo*
VANESSA A. LEO
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 410598
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 581-6350

Vanessa.Leo@usdoj.gov

THE STATE OF GEORGIA,
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL CHRIS CARR
MEDICAID FRAUD DIVISION

*/s/ Jim Mooney*
JIM MOONEY
DEPUTY ATTORNEY GENERAL
Georgia Bar No. 940402
600 West Peachtree Street, NW
20th Floor
Atlanta, Georgia 30308
(404) 458-3805
JMooney@LAW.GA.GOV

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing document has been typed using 13-point Book Antiqua font.

February 29, 2024.

By:   */s/ John K. Rezac*
JOHN K. REZAC
Georgia Bar No. 601935
jrezac@taylorenglish.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2021, I electronically filed the foregoing document using the Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Court's Electronic Case Filing program.

February 29, 2024.

By:   */s/ John K. Rezac*
JOHN K. REZAC
Georgia Bar No. 601935
jrezac@taylorenglish.com